# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:03CR37-4 |
| Joreal Arvel Logan ) | USM No: 17939-058 |
| Date of Previous Judgment: 6/17/08 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  90 months  months **is reduced to**  72 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  33           Amended Offense Level:  31  
Criminal History Category:  IV           Criminal History Category:  IV  
Previous Guideline Range:  188  to  235  months    Amended Guideline Range:  151  to  188  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

### III. ADDITIONAL COMMENTS
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer. The defendant was originally sentenced on 4/18/05 to 188 months confinement, and the sentence was reduced on 6/17/08 to 90 months

Except as provided above, all provisions of the judgment dated  6/17/08  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 12, 2008 

Effective Date:  November 12, 2008 
   (if different from order date)

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge